BANK OF NEW YORK, Petitioner, v NORILSK NICKEL et al., Respondents, and MONTER JOINT STOCK COMPANY, Appellant.

Submitted June 19, 2006; decided July 6, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that simultaneous appeals do not lie to the Appellate Division and the Court of Appeals, unless within 20 days appellant, if it be so advised, serves upon all parties and files in the Court of Appeals a notice that it has abandoned its appeal to the Appellate Division and stipulates for the withdrawal of that appeal (*see Parker v Rogerson*, 35 NY2d 751, 753-754 [1974]).

In the Matter of KEITH GADSON, Appellant, v DENNIS J. BRESLIN et al., Respondents.

Submitted May 30, 2006; decided July 6, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THOMAS P. MILTON, Appellant, v 305/72 OWNERS CORP., Respondent.

Submitted May 8, 2006; decided July 6, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.